UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                            CASE NO.: 08-32069-PNS3
                                                                 CHAPTER 13

LARRY LEWIS
AMANDA JOHNSON LEWIS

      Debtors      /

### ORDER DISMISSING CHAPTER 13 CASE

**THIS CAUSE,** having come before the Court upon the Chapter 13 Trustee's Notice of Debtor(s)' Failure to Comply with Order on Trustee's Motion to Dismiss, the Court, having reviewed the file, and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that:

1. The Debtor(s)' Chapter 13 case is hereby DISMISSED.

2. If the Court has entered an Order Confirming Plan and Order to Debtor(s), the Trustee is directed to pay any funds on hand to creditors.

3. If there has not been an Order Confirming Plan and Order to Debtor(s) entered by the Court, then the Court reserves jurisdiction solely to determine the fees and expenses for the Chapter 13 Trustee. The Chapter 13 Trustee shall then have fifteen (15) days in which to file an application for said fees. Upon the filing of said

application for fees, or if no fee application is filed, then the Chapter 13 Trustee shall forthwith remit all funds on hand, less the amounts requested for fees and expenses, to the Debtor(s). The Trustee shall hold all funds not remitted to the Debtor(s) pending a hearing or Order to determine reasonable fees and expenses.

**DONE AND ORDERED** this __20th__ day of November, 2009.

_____
HONORABLE LEWIS M. KILLIAN, JR.
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER PREPARED BY:

LEIGH D. HART, ESQ.
CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302